OPINION — AG — " ON THE 9TH DAY OF AUGUST OF THIS YEAR (1955) WE ARE GOING TO TO HOLD A SPECIAL COUNTY WIDE BOND ELECTION FOR THE PURPOSE OF VOTING BONDS TO RAISE REVENUE TO BUY RIGHT OF WAY ON U.S. 66 . . . . I AM UNABLE TO DETERMINE WHETHER OR NOT ABSENTEE VOTING IS ALLOWED IN AN ELECTION OF THIS TYPE ? — ABSENTEE BALLOTS ARE NOT ALLOWED. CITE: 26 O.S.H. 325, 69 O.S.H. 161, OPINION NO. AUGUST 18, 1927 — MCALISTER, OPINION NO. OCTOBER 4, 1950 — BURRIS (JAMES P. GARRETT)